EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
ROBERT W. BYRNE, State Bar No. 213155
Supervising Deputy Attorney General
GAVIN G. MCCABE, State Bar No. 130864
MARK POOLE, State Bar No. 194520
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5582
  Fax:  (415) 703-5480
  E-mail:  Mark.Poole@doj.ca.gov
*Attorneys for Defendants*
*James Goldstene, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **NATIONAL PETROCHEMICAL & REFINERS ASSOCIATION, AMERICAN TRUCKING ASSOCIATIONS, THE CENTER FOR NORTH AMERICAN ENERGY SECURITY, and THE CONSUMER ENERGY ALLIANCE,**<br><br>      Plaintiffs,<br><br> v.<br><br>**JAMES GOLDSTENE, in his official capacity as Executive Officer of the California Air Resources Board; MARY D. NICHOLS, DANIEL SPERLING, KEN YEAGER, DORENE D'ADAMO, BARBARA RIORDAN, JOHN R. BALMES, LYDIA H. KENNARD, SANDRA BERG, RON ROBERTS, JOHN G. TELLES, and RONALD O. LOVERIDGE, in their official capacities as members of the California Air Resources Board; ARNOLD SCHWARZENEGGER in his official capacity as Governor of the State of California; and EDMUND G. BROWN JR. in his official capacity as Attorney General of the State of California,**<br><br>      Defendants. | CV-F-10-0163 LJO DLB<br><br>**STIPULATION AND ORDER GRANTING EXTENSION OF TIME FOR FILING OF DEFENDANTS' RESPONSIVE PLEADING**<br><br><br>Action Filed:   February 2, 2010 |

1

WHEREAS on February 2, 2010, Plaintiffs National Petrochemicals & Refiners Association, American Trucking Associations, The Center for North American Energy Security and The Consumer Energy Alliance (collectively "Plaintiffs") filed their Complaint for Declaratory and Injunctive Relief in this matter.

WHEREAS on February 3, 2010, by Order of the Court, the matter was reassigned to District Judge Lawrence J. O'Neill and Magistrate Judge Dennis L. Beck pursuant to Local Rule 123(c) and assigned new Case No. CV-F-10-0163 LJO DLB.

WHEREAS Defendants need additional time in order to prepare their responsive pleadings in this matter.

IT IS HEREBY STIPULATED between Plaintiffs and Defendants through their respective counsel, pursuant to Local Rule 143, that:

Plaintiffs do not oppose Defendants' request for an extension of thirty (30) days within which to file their responsive pleading. Defendants' responsive pleading will now be due on March 31, 2010.

Dated: February 24, 2010

EDMUND G. BROWN JR.
Attorney General of California

By: ____/s/ Mark Poole_____
MARK POOLE
Deputy Attorney General
*Attorneys for Defendants*

SIDLEY AUSTIN LLP

Dated: February 24, 2010

By: ____/s/ Marie L. Fiala_____
MARIE L. FIALA
*Attorneys for Plaintiffs*

2

STIPULATION AND PROPOSED ORDER GRANTING EXTENSION OF TIME FOR FILING OF DEFENDANTS' RESPONSIVE PLEADING (CV-F-10-0163-LJO-DLB)

# ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

IT IS HEREBY ORDERED that Defendants James N. Goldstene, et al., are granted an extension of thirty (30) days for the filing of their responsive pleading.  Defendants' responsive pleading shall be due on March 31, 2010.

IT IS SO ORDERED.

Dated:   **February 24, 2010**                    /s/ *Dennis L. Beck*
                                                          UNITED STATES MAGISTRATE JUDGE

3

STIPULATION AND PROPOSED ORDER GRANTING EXTENSION OF TIME FOR FILING OF DEFENDANTS' RESPONSIVE PLEADING  (CV-F-10-0163-LJO-DLB)