1 | MARIE L. FIALA (CA Bar No. 79676)
SIDLEY AUSTIN LLP
2 | 555 California Street, Suite 2000
San Francisco, CA 94104-1715
3 | Telephone: 415-772-1200
Facsimile: 415-772-7400
4 | mfiala@sidley.com

5 | **Counsel For Plaintiffs**

6 | [ADDITIONAL PARTIES AND COUNSEL
SHOWN ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

**NATIONAL PETROCHEMICAL & REFINERS ASSOCIATION, AMERICAN TRUCKING ASSOCIATIONS, THE CENTER FOR NORTH AMERICAN ENERGY SECURITY**, and **THE CONSUMER ENERGY ALLIANCE**,

    Plaintiffs,

    v.

**JAMES GOLDSTENE**, in his official capacity as Executive Officer of the California Air Resources Board; **MARY D. NICHOLS, DANIEL SPERLING, KEN YEAGER, DORENE D'ADAMO, BARBARA RIORDAN, JOHN R. BALMES, LYDIA H. KENNARD, SANDRA BERG, RON ROBERTS, JOHN G. TELLES**, and **RONALD O. LOVERIDGE**, in their official capacities as members of the California Air Resources Board; **ARNOLD SCHWARZENEGGER** in his official capacity as Governor of the State of California; and **EDMUND G. BROWN, JR.** in his official capacity as Attorney General of the State of California,

    Defendants

Case No. 1:10-CV-00163 LJO DLB

**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE**

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE;
**CASE NO. 1:10-CV-00163 LJO DLB**

**WHEREAS** on February 2, 2010, the National Petrochemical & Refiners Association ("NPRA"), American Trucking Associations ("ATA") and the Center for North American Energy Security ("CNAES") (collectively "Plaintiffs"), filed a Complaint for Declaratory and Injunctive Relief and Jury Demand ("this Action").

**WHEREAS** on January 28, 2010, the Rocky Mountain Farmers Union, Redwood County Minnesota Corn and Soybean Growers, Penny Newman Grain, Inc., Growth Energy, Renewable Fuels Association, Rex Nederend, Nisei Farmers League, the Fresno County Farm Bureau, and the California Dairy Campaign, filed a Second Amended Complaint for Declaratory and Injunctive Relief which challenges the same regulation at issue in this action. *See Rocky Mountain Farmers Union v. James N. Goldstene*, Case No. 1:09-cv-02234-LJO-DLB ("Rocky Mountain Farmers Action").

**WHEREAS** the Mandatory Scheduling Conferences for both actions are set for the same day at the Defendants' request and are presently set for May 4, 2010, at 9:15 a.m. in Courtroom No. 9.

**WHEREAS** counsel for NPRA have a conflict on this date and wish to reschedule the Mandatory Scheduling Conference.

**WHEREAS** all parties are available to conduct the Mandatory Scheduling Conference in these actions on June 30, 2010, and have agreed to hold it on this date.

**IT IS HEREBY STIPULATED**, by and between Plaintiffs in both actions and Defendants, by and through their respective counsel, that:

1. The Mandatory Scheduling Conference in this Action, previously scheduled for May 4, 2010, should be continued to June 30, 2010, at 9:15 a.m. or such time as may be set by the Court, in Courtroom 9 (6th Floor).

| | |
|---|---|
| DATED: April 15, 2010 | STATE OF CALIFORNIA, DEPARTMENT OF JUSTICE |
| | By: /s/ Mark Poole |
| | Mark Poole, |
| | Counsel for Defendants |
| DATED: April 15, 2010 | SIDLEY AUSTIN LLP |
| | By: /s/ Marie L. Fiala |
| | Maria Fiala |
| | Counsel for Plaintiffs |

[ADDITIONAL COUNSEL OF RECORD]

Roger R. Martella, Jr. (DC Bar No. 976771)
Paul J. Zidlicky (DC Bar No. 450196)
James W. Coleman (DC Bar No. 986626)
*Pro Hac Vice*
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  202-736-8000
Facsimile:  202-736-8711
rmartella@sidley.com
pzidlicky@sidley.com
jcoleman@sidley.com

*Counsel for Plaintiffs*
Kurt E. Blase (DC Bar No. 288779)
Blase Law Group
879 N. Kentucky St.
Arlington, VA  22205
Telephone:  703-525-3161
Facsimile:  703-525-3161
kurt@blasegroup.com

*Counsel for Plaintiff Center for North American Energy Security*

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE;
**CASE NO. 1:10-CV-00163 LJO DLB**

## **ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference in this action, previously scheduled for May 4, 2010, shall be continued to June 30, 2010, at 9:30 am in Courtroom 9 (6th Floor).

IT IS SO ORDERED.

Dated:   **April 21, 2010**               /s/ Dennis L. Beck
                                                       UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE;
C<span>ASE</span> N<span>O</span>. **1:10-CV-00163 LJO DLB**