1  MARIE L. FIALA (CA Bar No. 79676)
   SIDLEY AUSTIN LLP
2  555 California Street, Suite 2000
   San Francisco, CA 94104-1715
3  Telephone: 415-772-1200
   Facsimile: 415-772-7400
4  mfiala@sidley.com

5  **Counsel For Plaintiffs**

6  [ADDITIONAL PARTIES AND COUNSEL
   SHOWN ON SIGNATURE PAGE]
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                          FRESNO DIVISION

11

12  **NATIONAL PETROCHEMICAL &**              )  Case No. 1:10-CV-00163 LJO DLB
    **REFINERS ASSOCIATION, AMERICAN**        )
13  **TRUCKING ASSOCIATIONS, THE**            )
    **CENTER FOR NORTH AMERICAN**             )  **STIPULATION AND ORDER**
14  **ENERGY SECURITY**, and **THE**          )  **GRANTING NATURAL RESOURCES**
    **CONSUMER ENERGY ALLIANCE**,             )  **DEFENSE COUNCIL, INC., SIERRA**
15                                            )  **CLUB, AND CONSERVATION LAW**
              Plaintiffs,                     )  **FOUNDATION LEAVE TO**
16                                            )  **INTERVENE**
         v.                                   )
17                                            )
    **JAMES GOLDSTENE**, in his official      )
18  capacity as Executive Officer of the      )
    California Air Resources Board; **MARY D.**)
19  **NICHOLS, DANIEL SPERLING, KEN**         )
    **YEAGER, DORENE D'ADAMO,**               )
20  **BARBARA RIORDAN, JOHN R.**              )
    **BALMES, LYDIA H. KENNARD,**             )
21  **SANDRA BERG, RON ROBERTS, JOHN**        )
    **G. TELLES,** and **RONALD O.**          )
22  **LOVERIDGE**, in their official capacities as )
    members of the California Air Resources   )
23  Board; **ARNOLD SCHWARZENEGGER**          )
    in his official capacity as Governor of the )
24  State of California; and **EDMUND G.**    )
    **BROWN, JR.** in his official capacity as )
25  Attorney General of the State of California, )
                                              )
26  Defendants                                )
                                              )
27  ────────────────────────────────────────)

28

────────────────────────────────────────────────────────────
STIPULATION AND [PROPOSED] ORDER REGARDING INTERVENTION;
**CASE NO. 1:10-CV-00163 LJO DLB**

1    **WHEREAS** on February 2, 2010, the National Petrochemical & Refiners Association

2    ("NPRA"), American Trucking Associations ("ATA") and the Center for North American Energy

3    Security ("CNAES") (collectively "Plaintiffs"), filed a Complaint for Declaratory and Injunctive

4    Relief and Jury Demand ("this Action").  (See Docket No. 1.)

5    **WHEREAS** on March 31, 2010, Natural Resources Defense Council, Inc. ("NRDC"),

6    Sierra Club, and Conservation Law Foundation (collectively the "Applicants") filed their Motion to

7    Intervene in this action, pursuant to Rule 24 of the Federal Rules of Civil Procedure. (See Docket No.

8    24.)

9    **WHEREAS** on March 31, 2010, Defendants filed their Motion to Dismiss the Complaint

10   in this action, which is scheduled for hearing on May 26, 2010.  (See Docket No. 25.)

11   **WHEREAS** Defendants are agreeable to affording Applicants leave to intervene, under

12   the conditions stated below.

13

14   **IT IS HEREBY STIPULATED**, by and between Plaintiffs, Defendants, and Applicants,

15   by and through their respective counsel, that:

16

17        1.        Applicants may be granted leave to intervene in this action under the following

18   conditions:

19

20             a.        Applicants shall coordinate their positions in this action with Defendants,

21   and shall file motions and/or briefs only if the Defendants refuse to make an argument that Applicants

22   consider relevant; and

23

24

25

26

27

28

2

STIPULATION AND [PROPOSED] ORDER REGARDING INTERVENTION;
**CASE NO. 1:10-CV-00163 LJO DLB**

1            b.     Applicants shall not file a separate motion to dismiss the Complaint;

2    however, Applicants may either (i) join in Defendants' reply brief or (ii) file a separate reply brief if

3    Defendants do not file their own reply brief.

4

5    DATED: April 23, 2010                    STATE OF CALIFORNIA,
                                        DEPARTMENT OF JUSTICE

6

7                                            By:   /s/ Mark Poole (as authorized on
                                        4/21/2010)

8                                            Mark Poole,
                                        Counsel for Defendants

9

10   DATED: April 23, 2010                    SIDLEY AUSTIN LLP

11                                             By:   /s/ Marie L. Fiala
                                        Maria Fiala

12                                           Counsel for Plaintiffs

13   DATED: April 23, 2010                    NATURAL RESOURCES
                                        DEFENSE COUNCIL

14

15                                           By:   /s/ David Pettit (as authorized on
                                        4/21/2010)

16                                           David Pettit
                                        Counsel for Applicants Natural Resources

17                                           Defense Council, Inc. and Conservation
                                        Law Foundation

18

19   DATED: April 23, 2010                    SIERRA CLUB

20                                             By:   /s/ Pat Gallagher (as authorized on
                                        4/21/2010)

21                                           Pat Gallagher,
                                        Counsel for Applicant Sierra Club

22

23

24

25

26

27

28

3

STIPULATION AND [PROPOSED] ORDER REGARDING INTERVENTION;
**CASE NO. 1:10-CV-00163 LJO DLB**

1  [ADDITIONAL COUNSEL OF RECORD]

2  Roger R. Martella, Jr. (DC Bar No. 976771)
   Paul J. Zidlicky (DC Bar No. 450196)
3  James W. Coleman (DC Bar No. 986626)
   *Pro Hac Vice*
4  SIDLEY AUSTIN LLP
5  1501 K Street, N.W.
   Washington, D.C.  20005
6  Telephone:  202-736-8000
   Facsimile:  202-736-8711
7  rmartella@sidley.com
   pzidlicky@sidley.com
8  jcoleman@sidley.com

9

10 *Counsel for Plaintiffs*
   Kurt E. Blase (DC Bar No. 288779)
11 Blase Law Group
   879 N. Kentucky St.
12 Arlington, VA  22205
13 Telephone:  703-525-3161
   Facsimile:  703-525-3161
14 kurt@blasegroup.com

15
   *Counsel for Plaintiff Center for*
16 *North American Energy Security*

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING INTERVENTION;
**CASE NO. 1:10-CV-00163 LJO DLB**

## ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that Applicants Natural Resources Defense Council, Inc., Sierra Club, and Conservation Law Foundation (collectively the "Applicants") are granted leave to intervene in this action under the following conditions:

a.     Applicants shall coordinate their positions in this action with Defendants, and shall file motions and/or briefs only if the Defendants refuse to make an argument that Applicants consider relevant; and

b.     Applicants shall not file a separate motion to dismiss the Complaint; however, Applicants may either (i) join in Defendants' reply brief or (ii) file a separate reply brief if Defendants do not file their own reply brief.

DATED: May 4, 2010                          /s/ Lawrence J. O'Neill

                                            Honorable Lawrence J. O'Neill

                                            U.S. District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE;
**CASE NO. 1:10-CV-00163 LJO DLB**