**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROCKY MOUNTAIN FARMERS UNION, REDWOOD COUNTY MINNESOTA CORN AND SOYBEAN GROWERS, PENNY NEWMAN GRAIN, INC., GROWTH ENERGY, RENEWABLE FUELS ASSOCIATION, REX NEDEREND, FRESNO COUNTY FARM BUREAU, NISEI FARMERS LEAGUE, and CALIFORNIA DAIRY CAMPAIGN, <br><br> Plaintiffs, <br><br> vs. <br><br> JAMES N. GOLDSTENE, Executive Officer of the California Air Resources Board, <br><br> Defendants. | CASE NO. CV-F-09-2234 LJO DLB <br><br> **ORDER TO RELATE CASES** |
| NATIONAL PETROCHEMICAL & REFINERS ASSOCIATION, AMERICAN TRUCKING ASSOCIATIONS, CENTER FOR NORTH AMERICAN ENERGY SECURITY, and THE CONSUMER ENERGY ALLIANCE, <br><br> Plaintiffs, <br><br> vs. <br><br> JAMES GOLDSTENE, Executive Officer of the California Air Resources Board, MARY D. NICHOLS, DANIEL SPERLING, KEN YEAGER, DORENE D'ADAMO, BARBARA RIORDAN, JOHN R. BALMES, LYDIA H. KENNARD, SANDRA BERG, RON ROBERTS, RONALD O. LOVERIDGE, member of the California Air Resources Board; ARNOLD SCHWARZENEGGER, Governor of the state of Caliofrnia, and EDMUND BROWN, Attorney General of the state of California, <br><br> Defendants. <br> and related intervenor actions | CASE NO. CV-F-10-163 LJO DLB <br><br> **ORDER TO RELATE CASES** |

On February 2, 2010, plaintiffs filed a notice of related case in each of the above-titled actions. Pursuant to the provisions of Local Rule 123(a)(3) and (4), and 123(b), these cases are related, as they involve similar subject matter, law, and parties. Because the actions are assigned to the same United States District Court Judge and United States Magistrate Judge, reassignment is unnecessary. Nevertheless, to avoid confusion and promote the efficient administration of justice, this Court DIRECTS the clerk of court to relate the above-captions actions and to file this order on the docket of both actions.

IT IS SO ORDERED.

**Dated:   May 4, 2010**                        /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE