**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROCKY MOUNTAIN FARMERS UNION, REDWOOD COUNTY MINNESOTA CORN AND SOYBEAN GROWERS, PENNY NEWMAN GRAIN, INC., GROWTH ENERGY, RENEWABLE FUELS ASSOCIATION, REX NEDEREND, FRESNO COUNTY FARM BUREAU, NISEI FARMERS LEAGUE, and CALIFORNIA DAIRY CAMPAIGN,<br><br>    Plaintiffs,<br><br>    vs.<br><br>JAMES N. GOLDSTENE, Executive Officer of the California Air Resources Board,<br><br>    Defendants. | CASE NO. CV-F-09-2234 LJO DLB<br><br>**BRIEFING ORDER FOR UNICA'S AMICUS CURIAE REQUEST** |
| NATIONAL PETROCHEMICAL & REFINERS ASSOCIATION, AMERICAN TRUCKING ASSOCIATIONS, CENTER FOR NORTH AMERICAN ENERGY SECURITY, and THE CONSUMER ENERGY ALLIANCE,<br><br>    Plaintiffs,<br><br>    vs.<br><br>JAMES GOLDSTENE, Executive Officer of the California Air Resources Board, MARY D. NICHOLS, DANIEL SPERLING, KEN YEAGER, DORENE D'ADAMO, BARBARA RIORDAN, JOHN R. BALMES, LYDIA H. KENNARD, SANDRA BERG, RON ROBERTS, RONALD O. LOVERIDGE, member of the California Air Resources Board; ARNOLD SCHWARZENEGGER, Governor of the state of Caliofrnia, and EDMUND BROWN, Attorney General of the state of California,<br><br>    Defendants. / <br><br>and related intervenor actions / | CASE NO. CV-F-10-163 LJO DLB<br><br>**BRIEFING ORDER FOR UNICA'S AMICUS CURIAE REQUEST** |

1

On May 5, 2010, the Brazilian Sugar Cane Industry Association ("UNICA") moved to appear as amicus curiae in the above-titled actions. Because the pending motions to dismiss in the actions are set to be heard on May 26, 2010, this Court SETS the following expedited briefing schedule on Unica's motion to appear as amicus curiae:

1. All parties, including plaintiffs, defendants, and intervenor defendants, must file either a statement of non-opposition or an opposition to Unica's motion no later than **May 12, 2010.**

2. If any party opposes Oregon's motion to appear amicus curiae, Oregon shall file a reply, if any, no later than **May 17, 2010.**

3. No hearing shall be set on this motion, unless the Court deems otherwise.

The Court DIRECTS the clerk of court to file this order on the docket of both cases appearing in the caption of this order.

IT IS SO ORDERED.

**Dated:   May 6, 2010**                            /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE