**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROCKY MOUNTAIN FARMERS UNION, REDWOOD COUNTY MINNESOTA CORN AND SOYBEAN GROWERS, PENNY NEWMAN GRAIN, INC., GROWTH ENERGY, RENEWABLE FUELS ASSOCIATION, REX NEDEREND, FRESNO COUNTY FARM BUREAU, NISEI FARMERS LEAGUE, and CALIFORNIA DAIRY CAMPAIGN,<br><br>    Plaintiffs,<br><br>  vs.<br><br>JAMES N. GOLDSTENE, Executive Officer of the California Air Resources Board,<br><br>    Defendants. | CASE NO. CV-F-09-2234 LJO DLB<br><br>**ORDER ON OREGON'S AMICUS CURIAE REQUEST** (Doc. 28) |
| NATIONAL PETROCHEMICAL & REFINERS ASSOCIATION, AMERICAN TRUCKING ASSOCIATIONS, CENTER FOR NORTH AMERICAN ENERGY SECURITY, and THE CONSUMER ENERGY ALLIANCE,<br><br>    Plaintiffs,<br><br>  vs.<br><br>JAMES GOLDSTENE, Executive Officer of the California Air Resources Board, MARY D. NICHOLS, DANIEL SPERLING, KEN YEAGER, DORENE D'ADAMO, BARBARA RIORDAN, JOHN R. BALMES, LYDIA H. KENNARD, SANDRA BERG, RON ROBERTS, RONALD O. LOVERIDGE, member of the California Air Resources Board; ARNOLD SCHWARZENEGGER, Governor of the state of Caliofrnia, and EDMUND BROWN, Attorney General of the state of California,<br><br>    Defendants.<br><br>and related intervenor actions | CASE NO. CV-F-10-163 LJO DLB<br><br>**ORDER ON OREGON'S AMICUS CURIAE REQUEST** (Doc. 30) |

1  On April 27, 2010, the State of Oregon ("Oregon") moved to appear as an amicus curiae in the
2  above-titled actions. Because the pending motions to dismiss in the actions are set to be heard on May
3  26, 2010, this Court set an expedited briefing schedule on Oregon's motions to appear as an amicus
4  curiae. On May 6, 2010, all parties, including plaintiffs, defendants, and intervenor defendants, filed
5  statements of non-opposition to Oregon's motions. For good cause appearing, this Court GRANTS
6  Oregon's unopposed motions. Oregon may file its amicus brief for this Court's consideration.

8  IT IS SO ORDERED.
9  **Dated:   May 7, 2010**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE