1  MARIE L. FIALA (CA Bar No. 79676)
   SIDLEY AUSTIN LLP
2  555 California Street, Suite 2000
   San Francisco, CA 94104-1715
3  Telephone: 415-772-1200
   Facsimile: 415-772-7400
4  mfiala@sidley.com

5  **Counsel For Plaintiffs**

6

7

8

9              UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11                  FRESNO DIVISION

12 **NATIONAL PETROCHEMICAL &**          ) Case No. 1:10-CV-00163 LJO DLB
   **REFINERS ASSOCIATION**, **AMERICAN**  )
13 **TRUCKING ASSOCIATIONS**, **THE**     )
   **CENTER FOR NORTH AMERICAN**         ) **STIPULATION AND [PROPOSED]**
14 **ENERGY SECURITY**, and **THE**       ) **ORDER TO CONTINUE**
   **CONSUMER ENERGY ALLIANCE**,        ) **MANDATORY SCHEDULING**
15                                        ) **CONFERENCE**
                                          )
16         Plaintiffs,                    )
                                          )
17      v.                                )
                                          )
18 **JAMES GOLDSTENE**, in his official   )
   capacity as Executive Officer of the  )
19 California Air Resources Board; **MARY D.** )
   **NICHOLS**, **DANIEL SPERLING**, **KEN** )
20 **YEAGER**, **DORENE D'ADAMO**,        )
   **BARBARA RIORDAN**, **JOHN R.**       )
21 **BALMES**, **LYDIA H. KENNARD**,      )
   **SANDRA BERG**, **RON ROBERTS**, **JOHN** )
22 **G. TELLES**, and **RONALD O.**       )
   **LOVERIDGE**, in their official capacities as )
23 members of the California Air Resources )
   Board; **ARNOLD SCHWARZENEGGER** )
24 in his official capacity as Governor of the )
   State of California; and **EDMUND G.** )
25 **BROWN, JR.** in his official capacity as )
   Attorney General of the State of California, )
26                                        )
   Defendants                             )
27

28

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SCHEDULING
CONFERENCE:  Case No. 1:10-CV-00163 LJO DLB

1    **WHEREAS** on February 2, 2010, Plaintiffs National Petrochemical & Refiners

2    Association, American Trucking Associations, the Center for North American Energy Security,

3    and the Consumer Energy Alliance filed a Complaint for Declaratory and Injunctive Relief and

4    Jury Demand.

5

6    **WHEREAS** on January 28, 2010, Rocky Mountain Farmers Union, Redwood

7    County Minnesota Corn and Soybean Growers, Penny Newman Grain, Inc., Growth Energy,

8    Renewable Fuels Association, Rex Nederend, Nisei Farmers League, the Fresno County Farm

9    Bureau, and the California Dairy Campaign (collectively "RMFU Plaintiffs") filed a Second

10   Amended Complaint for Declaratory and Injunctive Relief (the "Second Amended

11   Complaint") which challenges the same regulation at issue in this action.

12

13   **WHEREAS** Defendants filed motions to dismiss the Complaint in this action

14   and the RMFU Plaintiffs' complaint in the related action which have been briefed and are

15   scheduled to be heard on June 16, 2010, at 8:30 a.m. in Courtroom 4.

16

17   **WHEREAS** the Mandatory Scheduling Conferences for both actions are set for

18   the same day at the Defendants' request and are presently set for June 30, 2010, at 9:15 a.m. in

19   Courtroom No. 9.

20

21   **WHEREAS** Defendants have requested, and both the Plaintiffs and the RMFU

22   Plaintiffs have agreed, to stipulate to continue the Mandatory Scheduling Conference to July

23   28, 2010, to accommodate the Court's hearing and ruling on the Motions to Dismiss.

24

25   **WHEREAS** all parties are available to conduct the Mandatory Scheduling

26   Conference in these actions on July 28, 2010, and have agreed to hold it on this date.

27

28

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SCHEDULING
CONFERENCE:  Case No. 1:10-CV-00163 LJO DLB

**IT IS HEREBY STIPULATED**, by and between Plaintiffs in both actions and Defendants, by and through their respective counsel, that:

1.     The Mandatory Scheduling Conference in this Action, previously scheduled for June 30, 2010, should be continued to July 28, 2010, at 9:15 a.m. or such time as may be set by the Court, in Courtroom 9 (6th Floor).

Dated:  June 8, 2010                     STATE OF CALIFORNIA,
                                         DEPARTMENT OF JUSTICE


                                         By:   /s/ Mark Poole (as authorized on 6/8/2010)
                                              Mark Poole,
                                              Attorneys for Defendant

Dated:  June 8, 2010                     SIDLEY AUSTIN LLP


                                         By:   /s/  Roger R. Martella, Jr.
                                              Roger R. Martella, Jr.,
                                              Attorneys for Plaintiffs


Dated:  June 8, 2010                     NATURAL RESOURCES
                                         DEFENSE COUNCIL


                                         By:   /s/  David Pettit (as authorized on 6/8/2010)
                                              David Pettit,
                                              Attorneys for Applicants Natural Resources
                                              Defense Council, Inc. and Conservation
                                              Law Foundation


Dated:  June 8, 2010                     SIERRA CLUB


                                         By:  /s/  Pat Gallagher (as authorized on 6/8/2010)
                                              Pat Gallagher,
                                              Attorneys for Applicant Sierra Club

2

1

## <u>ORDER</u>

2
3

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

4
5
6

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference in this action, previously scheduled for June 30, 2010, shall be continued to July 28, 2010, at 9:00 a.m. in Courtroom 9 (6th Floor).

7
8

IT IS SO ORDERED.

9
10

Dated:   **June 9, 2010**                              /s/ *Dennis L. Beck*
                                                                    UNITED STATES MAGISTRATE JUDGE

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28