EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
ROBERT W. BYRNE, State Bar No. 213155
Supervising Deputy Attorney General
GAVIN G. MCCABE, State Bar No. 130864
MARK POOLE, State Bar No. 194520
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5582
  Fax:  (415) 703-5480
  E-mail:  Mark.Poole@doj.ca.gov
*Attorneys for Defendants*
*James Goldstene, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NATIONAL PETROCHEMICAL & REFINERS ASSOCIATION, AMERICAN TRUCKING ASSOCIATIONS, THE CENTER FOR NORTH AMERICAN ENERGY SECURITY, and THE CONSUMER ENERGY ALLIANCE,<br><br>            Plaintiffs,<br><br>    v.<br><br>JAMES GOLDSTENE, in his official capacity as Executive Officer of the California Air Resources Board; MARY D. NICHOLS, DANIEL SPERLING, KEN YEAGER, DORENE D'ADAMO, BARBARA RIORDAN, JOHN R. BALMES, LYDIA H. KENNARD, SANDRA BERG, RON ROBERTS, JOHN G. TELLES, and RONALD O. LOVERIDGE, in their official capacities as members of the California Air Resources Board; ARNOLD SCHWARZENEGGER in his official capacity as Governor of the State of California; and EDMUND G. BROWN JR. in his official capacity as Attorney General of the State of California, | CV-F-10-0163 LJO DLB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**<br><br><br>Judge    The Honorable Lawrence J. O'Neill<br>Trial Date<br>Action Filed: February 2, 2010 |

1

Defendants,

**NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB AND CONSERVATION LAW FAOUNDATION,**

Defendants-Intervenors.

Pursuant to Local Rules 143 and 144, Plaintiffs National Petrochemical & Refiners Association, et al., Defendant James N. Goldstene, and Defendant-Intervenors hereby stipulate that:

1. The time for Defendant and Defendant-Intervenors to respond to the complaint filed February 2, 2010, shall be extended 14 days to July 14, 2010.

Dated:  June 29, 2010

EDMUND G. BROWN JR.
Attorney General of California
ROBERT W. BYRNE
Supervising Deputy Attorney General

\s\ Mark Poole
MARK POOLE
Deputy Attorney General
*Attorneys for Defendants James Goldstene, et al.*

Dated:  June 29, 2010

SIDLEY AUSTIN LLP

\s\ MARIE FIALA
MARIE L. FIALA
ATTORNEYS FOR PLAINTIFFS

1

Dated:  June 29, 2010                                   NATURAL RESOURCES DEFENSE COUNCIL

2

3

4                                                       \s\ DAVID PETIT
                                                        DAVID PETIT
5                                                       ATTORNEYS FOR DEFENDANT-INTERVENOR

6

Dated:  June 29, 2010                                   SIERRA CLUB

7

8

9                                                       \s\ PAT GALLAGHER
                                                        PAT GALLAGHER
10                                                      ATTORNEYS FOR DEFENDANT-INTERVENOR

11

12

Dated:  June 29, 2010                                   CONSERVATION LAW FOUNDATION

13

14

15                                                      \s\ JANE WEST
                                                        JANE WEST
16                                                      ATTORNEYS FOR DEFENDANT-INTERVENOR

17

18   SF2010400278
     20299172.doc
19

20

21

22

23

24

25

26

27

28