MARIE L. FIALA (CA Bar No. 79676)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1715
Telephone: 415-772-1200
Facsimile: 415-772-7400
mfiala@sidley.com

**Counsel For Plaintiffs**

[ADDITIONAL PARTIES AND COUNSEL SHOWN ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **NATIONAL PETROCHEMICAL & REFINERS ASSOCIATION**, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**JAMES GOLDSTENE**, *et al.*,<br><br>　　　　　　　　Defendants | Case No. 1:10-CV-00163 LJO DLB<br><br>**STIPULATION AND ORDER TO FURTHER CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>Judge:　　　Hon. Lawrence J. O'Neill<br>Magistrate:　Hon. Dennis L. Beck<br>Action Filed:　February 2, 2010 |
| **ROCKY MOUNTAIN FARMERS UNION,** *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**JAMES GOLDSTENE,** *et al.*,<br><br>　　　　　　　　Defendants | Related with Case No.:<br>1:09-CV-02234 LJO DLB |
| **NATURAL RESOURCES DEFENSE COUNCIL, INC., SIERRA CLUB, and CONSERVATION LAW FOUNDATION,**<br><br>　　　　　　　　Defendants-Intervenors,<br><br>And Other Related Intervenor Actions | |

STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE MANDATORY SCHEDULING
CONFERENCE:  Case No. 1:10-CV-00163 LJO DLB

**WHEREAS** the Mandatory Scheduling Conferences scheduled in the related actions of *National Petrochemical & Refiners Association, et al. v. Goldstene, et al.*, Case No. 1:10-CV-00163-LJO-DLB (the "NPRA Action"), and *Rocky Mountain Farmers Union, et al. v. Goldstene*, Case No. 1:09-CV-02234-LJO-DLB (the "RMFU Action"), and are presently set for July 28, 2010, in Courtroom No. 9, at 9:00 a.m. and 9:15 a.m.

**WHEREAS** the Defendants in the NPRA Action and the RMFU Action recently filed their Answers on July 14, 2010.

**WHEREAS** both the Plaintiffs in NPRA and RMFU Actions and Defendants have agreed to stipulate to continue the Mandatory Scheduling Conferences in the above actions, to provide the parties additional time to meet and confer regarding their Joint Scheduling Conference Statements.

**WHEREAS** additional time to meet and confer regarding the Joint Scheduling Conference Statements is necessary to allow the parties to further discuss which facts and/or legal issues in the above actions are disputed or undisputed.

**WHEREAS** all parties are available to conduct the Mandatory Scheduling Conferences in these actions on September 9, 2010, and have agreed to hold it on this date, pending approval by the Court.

**IT IS HEREBY STIPULATED**, by and between all parties in both actions, by and through their respective counsel, that:

1. The Mandatory Scheduling Conferences in the above-captioned actions, previously scheduled for July 28, 2010, should be continued to September 9, 2010, at 9:00 a.m., or such time as may be set by the Court, in Courtroom 9 (6th Floor).

2. The parties shall serve their initial disclosures under Rule 26 of the Federal Rules of Civil Procedure no later than 14 days following the September 9, 2010, Mandatory Scheduling Conferences.

///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated:  July 20, 2010 | STATE OF CALIFORNIA, DEPARTMENT OF JUSTICE |

By:  /s/  Mark Poole
    Mark Poole,
    Attorneys for All Defendants

Dated:  July 20, 2010    SIDLEY AUSTIN LLP

By:  /s/  James W. Coleman
    James W. Coleman,
    Attorneys for the NPRA Plaintiffs

Dated:  July 20, 2010    JONES HELSLEY PC

By:  /s/  John P. Kinsey
    John P. Kinsey,
    Attorneys for the RMFU Plaintiffs

Dated:  July 20, 2010    NATURAL RESOURCES DEFENSE COUNCIL

By:  /s/  David Pettit
    David Pettit,
    Attorneys for Defendant-Intervenor Natural Resources Defense Council, Inc.

Dated:  July 20, 2010    SIERRA CLUB

By:  /s/  Pat Gallagher
    Pat Gallagher,
    Attorneys for Defendant-Intervenor Sierra Club

Dated:  July 20, 2010    CONSERVATION LAW FOUNDATION

By:  /s/  Jane West
    Jane West,
    Attorneys for Defendant-Intervenor Conservation Law Foundation

[ADDITIONAL COUNSEL OF RECORD]

Roger R. Martella, Jr. (DC Bar No. 976771)
Paul J. Zidlicky (DC Bar No. 450196)
James W. Coleman (DC Bar No. 986626)
*Pro Hac Vice*
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005

Telephone:  202-736-8000
Facsimile:  202-736-8711
rmartella@sidley.com
pzidlicky@sidley.com
jcoleman@sidley.com

*Counsel for Plaintiffs*

Kurt E. Blase (DC Bar No. 288779)
Blase Law Group
879 N. Kentucky St.
Arlington, VA  22205
Telephone:  703-525-3161
Facsimile:  703-525-3161
kurt@blasegroup.com

*Counsel for Plaintiff Center for
North American Energy Security*

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conferences in the above-captioned actions, previously scheduled for July 28, 2010, shall be continued to September 9, 2010, at 9:00 a.m. in Courtroom 9 (6th Floor).

2.  The parties shall serve their initial disclosures under Rule 26 of the Federal Rules of Civil Procedure no later than 14 days following the September 9, 2010, Mandatory Scheduling Conferences.

IT IS SO ORDERED.

Dated:   **July 22, 2010**                              /s/ Dennis L. Beck
                                                     UNITED STATES MAGISTRATE JUDGE