**TIMOTHY O'CONNOR** (State Bar No. 250490)
ENVIRONMENTAL DEFENSE FUND
123 Mission St., 28th Floor
San Francisco, CA, 94105
Telephone: (415) 293-6132
Facsimile: (415) 293-6051

Attorney for Defendant-Intervenor
Environmental Defense Fund

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL PETROCHEMICAL & REFINERS ASSOCIATION, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JAMES N. GOLDSTENE, et al.<br><br>　　　　Defendant,<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC., SIERRA CLUB, AND CONSERVATION LAW FOUNDATION,<br><br>　　　　Defendant-Intervenors. | Case No. 1:10-cv-00163-LJO-DLB<br><br>**ORDER GRANTING ENVIRONMENTAL DEFENSE FUND LEAVE TO INTERVENE**<br><br>Date:　　　September 17, 2010<br>Time:　　　09:00 am<br>Judge:　　　Hon. Dennis L. Beck |

## **ORDER**

　　The Court having reviewed a Stipulation between all parties, and finding good cause to grant the motion of Environmental Defense Fund to intervene:

**IT IS HEREBY ORDERED** that Applicant Environmental Defense Fund is granted leave to intervene in this action under the following condition:

a.      Applicant shall coordinate their positions in this action with Defendant, and shall file motions and/or briefs only if the Defendant refuses to make an argument that Applicant considers relevant.

IT IS SO ORDERED.

Dated:   **September 15, 2010**          /s/ *Dennis L. Beck*
                                                              UNITED STATES MAGISTRATE JUDGE