MARIE L. FIALA (CA Bar No. 79676)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1715
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
mfiala@sidley.com

Counsel for Plaintiffs in Consolidated
Case No. 1:10-CV-00163 LJO-BAM

[Additional Counsel
Shown on Signature Page]

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ROCKY MOUNTAIN FARMERS UNION, *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>RICHARD W. COREY, in his official capacity as Executive Director of the CALIFORNIA AIR RESOURCES BOARD, *et al.*,<br><br>        Defendants.<br><hr>AMERICAN FUELS AND PETROCHEMICAL MANUFACTURERS ASSOCIATION f/k/a NATIONAL PETROCHEMICAL & REFINERS ASSOCIATION, *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>RICHARD W. COREY, in his official capacity as Executive Director of the CALIFORNIA AIR RESOURCES BOARD, *et al.*,<br><br>        Defendants. | Lead Case No. 1:09-CV-02234-LJO-BAM<br><br>*Consolidated with* Case No. 1:10-CV-00163-LJO-BAM<br><br><br>**AFPM PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND THEIR COMPLAINT** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Scheduling Conference Order dated September 4, 2014 (Doc. No. 311), Plaintiffs in consolidated case No. 1:10-CV-00613-LJO-BAM (the "AFPM Plaintiffs") hereby move for leave to amend their original complaint.

The AFPM Plaintiffs' motion is made under Rule 15(a)(2) of the Federal Rules of Civil Procedure and Local Rule 15, and the grounds for this motion are that good cause exists for the proposed amendment, the AFPM Plaintiffs seek to amend their pleadings in good faith, the proposed amendment will not cause undue delay, there is no prejudice to the Defendants, the proposed amendment would not be futile, and the AFPM Plaintiffs have not previously amended their Complaint.

The Motion is based on this Notice, the Memorandum of Points and Authorities in support thereof and attached exhibit; all papers, pleadings, documents, arguments of counsel, and other materials presented before or during any hearing on this motion; and any other evidence and argument the Court may consider.

Dated:         September 26, 2014

Respectfully submitted,

SIDLEY AUSTIN LLP

By: /s/ Roger R. Martella, Jr.
Roger R. Martella, Jr.

*Counsel for Plaintiffs In Consolidated Case No. 1:10-CV-00163-LJO-BAM*

ADDITIONAL COUNSEL OF RECORD

Roger R. Martella, Jr. (DC Bar No. 976771)
Paul J. Zidlicky (DC Bar No. 450196)
*Pro Hac Vice*
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005

2

Telephone: 202-736-8000
Facsimile: 202-736-8711
rmartella@sidley.com
pzidlicky@sidley.com

*Counsel for Plaintiffs*
*In Consolidated Case*
*No. 1:10-CV-00163-LJO-BAM*

3

**NOTICE OF MOTION AND MOTION TO AMEND COMPLAINT**
LEAD CASE NO. 1:09-CV-02234-LJO-BAM