MARIE L. FIALA (CA Bar No. 79676)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1715
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400
mfiala@sidley.com

Counsel for Plaintiffs in Consolidated
Case No. 1:10-CV-00163 LJO-BAM

[Additional Counsel
Shown on Signature Page]

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ROCKY MOUNTAIN FARMERS UNION, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> RICHARD W. COREY, in his official capacity as Executive Director of the CALIFORNIA AIR RESOURCES BOARD, *et al.*, <br><br> Defendants. | Lead Case No. 1:09-CV-02234-LJO-BAM <br><br> *Consolidated with* Case No. 1:10-CV-00163-LJO-BAM <br><br> **[PROPOSED] ORDER ON AFPM PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR COMPLAINT** |
| AMERICAN FUELS AND PETROCHEMICAL MANUFACTURERS ASSOCIATION f/k/a NATIONAL PETROCHEMICAL & REFINERS ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> RICHARD W. COREY, in his official capacity as Executive Director of the CALIFORNIA AIR RESOURCES BOARD, *et al.*, <br><br> Defendants. | |

The Court, having considered the AFPM Plaintiffs' Motion for Leave to Amend their Complaint, Defendants' Opposition thereto, and the AFPM Plaintiffs' Reply, and finding good cause, hereby orders as follows:

IT IS HEREBY ORDERED that the AFPM Plaintiffs' Motion for Leave to Amend their Complaint is GRANTED.

IT IS SO ORDERED.

Dated:

_____
HON. LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

2